The ROYAL MAIL STEAM PACKET COMPANY, Plaintiff-Appellant, v. UNITED STATES of America, Defendant-Appellee.

No. 15.

Circuit Court of Appeals, Second Circuit.

Oct. 21, 1935.

John M. Lyons, of New York City (J. Alfred Anderson, of New York City, of counsel), for appellant.

F. W. H. Adams, U. S. Atty., of New York City (George B. Schoonmaker, Asst. U. S. Atty., of New York City, of counsel), for the United States.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Affirmed on the authority of Navigazione Generale Italiana v. Elting (C.C.A.) 76 F.(2d) 885, and Cosulich Societa Triestina Di Navigazione v. Elting (C.C.A.) 77 F.(2d) 996. .